# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY CLARKE,
          Appellant,

vs.

ISIDRO BACA, WARDEN; AND NNCC,
          Respondents.

No. 75445

**FILED**

MAY 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order transferring an action. First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from an order transferring an action, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James E. Wilson, District Judge
       Anthony Clarke
       Attorney General/Carson City
       Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-16606